IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLENE F. RECHEL, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv690 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on November 27, 2007(Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 17, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g); and Plaintiff's motion to remand (Doc. 13) is **GRANTED** and this matter is **REMANDED** pursuant to Sentence Six of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge