IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLENE F. RECHEL,           :
                              :
        Plaintiff(s),          :
                              :  Case Number: 1:06cv690
    vs.                       :
                              :  District Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY,  :
                              :
        Defendant(s).          :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on July 28, 2008(Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 15, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by plaintiff's counsel is GRANTED and counsel is AWARDED $2,887.50 in attorney fees and $350.00 in costs and expenses for a total of $3,237.50.

IT IS SO ORDERED.

                                                                                         ___s/Susan J. Dlott_____
                                                                                         Susan J. Dlott
                                                                                         United States District Judge